# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand twenty-five.

_____

Alexander Belya,

        Plaintiff - Appellant,

  v.

Hilarion Kapral, AKA Metropolitan Hilarion, Nicholas Olkhovskiy, Victor Potapov, Serge Lukianov, David Straut, Alexandre Antchoutine, George Temidis, Serafim Gan, Boris Dmitrieff, John Does 1 through 10, Eastern American Diocese of the Russian Orthodox Church Outside of Russia, The Synod of Bishops of the Russian Orthodox Church Outside of Russia, Mark Mancuso,

        Defendants - Appellees,

Pavel Loukianoff,

        Defendant.

_____

**ORDER**

Docket No. 25-1085

Belmont Abbey College moves for an extension of time to file an amicus brief in support of the Appellees.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

